IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL TYAU; WORAWAN SRISUKSAI; AND PUNNADA GRACE THONGKERD, <br><br>   Plaintiffs, <br><br> vs. <br><br> UR JADDOU, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, WASHINGTON, D.C.; AND DIRECTOR OF USCIS HONOLULU FIELD OFFICE, HONOLULU, HI 96813, <br><br>   Defendants. | CV 23-00332 DKW-RT |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on February 27, 2024 and served on all parties on February 28, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Dismiss Case for Failure to Serve and Diligently Prosecute", ECF No. 12, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 27, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

---

*Tyau, et al v. Ur Jaddou, et al*; Civil No. 23-00332 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**